# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK ALLEN RODDY | No. 4:18-CV-01710 |
| Plaintiff, | (Judge Brann) |
| v. | |
| RTI INTERNATIONAL, | |
| Defendant. | |

## ORDER

**JANUARY 7, 2019**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss or, in the Alternative, Transfer Venue to the United States District Court for the Middle District of North Carolina (ECF No. 4) is **GRANTED** in part and **DENIED** in part as follows:

1. Defendant's Motion to Dismiss is **DENIED**.

2. Defendant's Motion to Transfer Venue is **GRANTED** and this matter is **TRANSFERRED** to the United States District Court for the Middle District of North Carolina.

3. Defendant's request for costs and attorney's fees is reserved for determination by the transferee court.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge