IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:19-cv-00011

| | |
|---|---|
| MARK A. RODDY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RTI INTERNATIONAL, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, the parties stipulate that Plaintiff's claims against Defendant are voluntarily dismissed with prejudice and that each party shall bear its own costs. Respectfully submitted this 4th day of September, 2019.

THE NOBLE FIRM, PLLC

/s/ *Jennifer L. Bills*
JENNIFER L. BILLS
N.C. State Bar No. 37467
141 Providence Road, Suite 210
Chapel Hill, NC 27514
Telephone: (919) 251-6008
Facsimile: (919) 869-2079
Email: jennifer.bills@thenoblelaw.com
*Attorneys for Plaintiff*

JACKSON LEWIS P.C.

/s/ *Ted N. Kazaglis*
TED N. KAZAGLIS
N.C. State Bar No. 36452
SIDNEY O. MINTER
N.C. State Bar No. 43073
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Kazaglis@jacksonlewis.com
*Attorneys for Defendant*

MARLA N. PRESLEY
Pa. ID No. 91020
Jackson Lewis P.C.
Liberty Center
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 232-0404
Facsimile: (412) 232-3441
Email: marla.presley@jacksonlewis.com
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

The undersigned certifies that on September 4, 2019, a copy of the attached *Stipulation of Dismissal with Prejudice* was electronically filed with the United States District Court for the Middle District of North Carolina by using the CM/ECF system, which will send notification of such filing to the following:

TED N. KAZAGLIS
SIDNEY O. MINTER
Jackson Lewis P.C.
3737 Glenwood Avenue, Suite 450
Raleigh, NC 27612
Telephone: (919) 760-6460
Facsimile: (919) 760-6461
Email: Kazaglis@jacksonlewis.com
*Attorneys for Defendant*

MARLA N. PRESLEY
Jackson Lewis P.C.
Liberty Center
1001 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222
Telephone: (412) 232-0404
Facsimile: (412) 232-3441
Email: marla.presley@jacksonlewis.com
*Attorneys for Defendant*

                                      THE NOBLE LAW FIRM, PLLC

BY:   */s/ Jennifer L. Bills*
        JENNIFER L. BILLS, ESQ.
        N.C. State Bar No. 37467
        141 Providence Road, Suite 210
        Chapel Hill, NC 27514
        Telephone: (919) 251-6008
        Facsimile: (919) 869-2079
        jennifer.bills@thenoblelaw.com
        *Attorneys for Plaintiff*